JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHING – CHIN CHEN, ) | CASE NO. 2:20-cv-11554-JLS-KS |
| Plaintiff, ) | |
| ) | **FINAL JUDGMENT** |
| vs. ) | |
| LOS ANGELES MISSION COLLEGE ) IN LOS ANGELES COMMUNITY ) COLLEGE DISTRICT, ) | |
| Defendants. ) | |

On January 23, 2023 the Court granted Defendant Los Angeles Community College District's Motion For Summary Judgment. (Order, Doc. 52.)  By reason of said Order, Los Angeles Community College District is entitled to judgment against Plaintiff Ching-Chin Chen.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Ching-Chin Chen take nothing from Defendant Los Angeles Community College District on her complaint and judgment be entered in favor of Defendant Los Angeles Community College.

DATED:  February 3, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE